UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SHALOM,<br><br>    Plaintiff<br><br>v.<br><br>SGT KROHM, *et al.*,<br><br>    Defendants | Case No. 3:22-cv-00568-ART-CLB<br><br>**ORDER GRANTING (ECF No. 13)**<br><br>STIPULTION TO DISMISS<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Joshua Shalom, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3  DATED this 18th day of July, 2023.

DATED this 18th day of July, 2023.
AARON D. FORD
Attorney General

_____
Joshua Shalom #1155172
*Plaintiff, pro se*

/s/ Victoria C. Corey
_____
Victoria C. Corey, (Bar No. 16364C)
*Attorneys for Defendant*

**IT IS SO ORDERED.** This matter is dismissed with prejudice and the Clerk is directed to close the case.

DATED: August 9, 2023.

_____
Anne R. Traum
United States District Court Judge